UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>FABIAN VALDOVINOS-PEREZ,<br><br>                          Defendant. | No. CR14-5159-BHS<br><br>ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THE COURT having reviewed the court file and the pleadings in this matter and being fully apprised of the circumstances

IT IS HEREBY ORDERED THAT Erik L. Bauer is permitted to withdraw as counsel for the defendant Fabian Valdovinos-Perez, and JOHN HENRY BROWNE of the LAW OFFICES OF JOHN HENRY BROWNE, PS is substituted as counsel of record for defendant Fabian Valdovinos-Perez.

DATED this 21st day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677
Substituting Attorney for Fabian Valdovinos-Perez

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780